# Exhibit A

.

**From:** Joseph H. Olaynack III <jho@cphnpt.com>
**Sent:** Wednesday, January 21, 2026 1:48 PM
**To:** Widmann, Ann-Marie <ann.widmann@ctt.com>; Hughes, Sharon <sharon.hughes@ctt.com>
**Cc:** Matthew A. Lyons Esq. <mlyons@ar-global.com>
**Subject:** Jo's American - seller wire instructions

Per my earlier email, attached please find the wire instructions for the seller.

Joe

Joseph H. Olaynack III, Esq.
Shareholder

CORCORAN, PECKHAM, HAYES, LEYS & OLAYNACK, PC
43-B Memorial Boulevard
Newport, Rhode Island 02840
(401) 847-0872
(401) 847-5810 (fax)
jho@cphnpt.com

***NOTICE***

*The information transmitted in this message is proprietary and/or confidential and may contain attorney-client privileged material. If you are not an intended recipient, please immediately advise the sender via reply email and delete or destroy the message and all copies, and do not disclose, distribute or use the message in any manner and for any purpose. You should never transmit any personal confidential information via unsecure e-mail, such as social security numbers, bank or other financial account numbers, credit card numbers, passwords and medical records.*

---

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

SCS FINANCIAL
FOCUS PARTNERS FAMILY OFFICE AND OCIO

888 Boylston Street, Suite 1010
Boston, MA | 02199

**Attn to** Joseph H. Olaynack III
CORCORAN, PECKHAM, HAYES, LEYS & OLAYNACK, PC
43-B Memorial Boulevard
Newport, Rhode Island 02840

**WIRE INSTRUCTIONS**

Please find below the account details for settlement of Order Number: PHI252760

Beneficiary Name: Earnspark Global Concerns

Beneficiary Address: 13th Street, New York, NY 10011, USA

Beneficiary Account: 9295

Routing No: 021000089

Bank: Citibank

Bank Address: 111, Wall Street, New York, USA

Purpose: 209-987028 FFC Earnspark Global Concern

Please note: kindly ensure that the purpose is included when processing the wire

Swift: CITIUS33XXX

For verbal confirmation, you may contact me at +1 (817) 539 6440.

Best regards,

Thank you

Bobby Wyman, CFA

Vice President, Private Client Group

SCS FINANCIAL
888 Boylston Street, Suite 1010
Boston, MA | 02199

SCS FINANCIAL
FOCUS PARTNERS FAMILY OFFICE AND OCIO

888 Boylston Street, Suite 1010
Boston, MA | 02199

**Attn to** Joseph H. Olaynack III
CORCORAN, PECKHAM, HAYES, LEYS & OLAYNACK, PC
43-B Memorial Boulevard
Newport, Rhode Island 02840

**WIRE INSTRUCTIONS**

Please find below the account details for settlement of Order Number: PHI252760-1

Beneficiary Name: Earnspark Global Concerns

Beneficiary Address: 13th Street, New York, NY 10011, USA

Beneficiary Account: 9295

Routing No: 021000089

Bank: Citibank

Bank Address: 111, Wall Street, New York, USA

Purpose: 209-987028 FFC Earnspark Global Concern

Please note: kindly ensure that the purpose is included when processing the wire

Swift: CITIUS33XXX

For verbal confirmation, you may contact me at +1 (817) 539 6440.

Best regards,

Thank you

Bobby Wyman, CFA

Vice President, Private Client Group

SCS FINANCIAL
888 Boylston Street, Suite 1010
Boston, MA | 02199