# Exhibit B

| | |
|---|---|
| **From:** | Joseph H. Olaynack III |
| **To:** | Hughes, Sharon; Matthew A. Lyons Esq.; Dave Butterfield |
| **Subject:** | RE: [2026/01/21 01:28 PM - Sent via LeapFILE] Jo''s American |
| **Date:** | Wednesday, January 21, 2026 3:35:08 PM |
| **Attachments:** | image001.jpg<br>image002.jpg |

**IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.**

I will deliver shortly.

Joseph H. Olaynack III, Esq.
Shareholder

CORCORAN, PECKHAM, HAYES, LEYS & OLAYNACK, PC
43-B Memorial Boulevard
Newport, Rhode Island 02840
(401) 847-0872
(401) 847-5810 (fax)
jho@cphnpt.com

***NOTICE***

*The information transmitted in this message is proprietary and/or confidential and may contain attorney-client privileged material. If you are not an intended recipient, please immediately advise the sender via reply email and delete or destroy the message and all copies, and do not disclose, distribute or use the message in any manner and for any purpose. You should never transmit any personal confidential information via unsecure e-mail, such as social security numbers, bank or other financial account numbers, credit card numbers, passwords and medical records.*

**From:** Hughes, Sharon <sharon.hughes@ctt.com>
**Sent:** Wednesday, January 21, 2026 3:32 PM
**To:** Joseph H. Olaynack III <jho@cphnpt.com>; Matthew A. Lyons Esq. <mlyons@ar-global.com>; Dave Butterfield <dave@butterfieldoutpost.com>
**Subject:** RE: [2026/01/21 01:28 PM - Sent via LeapFILE] Jo's American

**CAUTION: This is an external email and the sender may not be who they claim it is. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

I still have not seen the 1099 which was sent has that been executed

**SHARON HUGHES**
**Vice President/National Commercial Closer**
**CHICAGO TITLE INSURANCE COMPANY**
**FIDELITY NATIONAL TITLE INSURANCE COMPANY**
**1700 Market Street Suite 2100**
**Philadelphia, Pa 19103**
**215-875-4165 direct 215-732-9700 Fax 215-732-1203**
**Email: Sharon.hughes@ctt.com website:** www.philadelphiancs.ctic.com

---

**From:** Joseph H. Olaynack III <jho@cphnpt.com>
**Sent:** Wednesday, January 21, 2026 3:18 PM
**To:** Dave Butterfield <dave@butterfieldoutpost.com>
**Cc:** Hughes, Sharon <sharon.hughes@ctt.com>
**Subject:** FW: [2026/01/21 01:28 PM - Sent via LeapFILE] Jo's American

Dave:

Please confirm for Sharon Hughes at Chicago Title Insurance Company (copied on this email) that the wire instructions which I delivered to her earlier today from Bobby Wyman at SCS Financial, which call for the funds to be wired to an investment account in with Earnspark Global Concerns named as the beneficiary. This is necessary because the account beneficiary is not either of the selling entities. This can be done via a simple reply email. Thanks.

Joe

Joseph H. Olaynack III, Esq.
Shareholder

CORCORAN, PECKHAM, HAYES, LEYS & OLAYNACK, PC
43-B Memorial Boulevard
Newport, Rhode Island 02840
(401) 847-0872
(401) 847-5810 (fax)
jho@cphnpt.com

***NOTICE***

*The information transmitted in this message is proprietary and/or confidential and may contain attorney-client privileged material. If you are not an intended recipient, please immediately advise the sender via reply email and delete or destroy the message and all copies, and do not disclose, distribute or use the message in any manner and for any purpose. You should never transmit any personal confidential information via unsecure e-mail, such as social security numbers, bank or other financial account numbers, credit card numbers, passwords and medical records.*

---

**From:** Dave Butterfield <Dave@butterfieldoutpost.com>
**Sent:** Wednesday, January 21, 2026 1:43 PM
**To:** Joseph H. Olaynack III <jho@cphnpt.com>
**Subject:** Re: [2026/01/21 01:28 PM - Sent via LeapFILE] Jo's American

**CAUTION: This is an external email and the sender may not be who they claim it is. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Joe,
I confirm the wire instructions. Thanks
Dave

---

**From:** LeapFILE Secure File Transfer Service <no_reply@leapfile.com>
**Sent:** Wednesday, January 21, 2026 10:28 AM
**To:** Dave Butterfield <Dave@butterfieldoutpost.com>
**Subject:** [2026/01/21 01:28 PM - Sent via LeapFILE] Jo's American

*** You have a secure file transfer awaiting download. Details enclosed. ***

---

FROM: jho@cphnpt.com via LeapFILE
TO: dave@butterfieldoutpost.com (dave@butterfieldoutpost.com)
SUBJECT: [2026/01/21 01:28 PM - Sent via LeapFILE] Jo's American

**Secure files ready for download**
Access your files using this secure link:
https://cphnpt.leapfile.net/get.jsp?t=ff8080819bc04c93019be1d09ad613b2
(TRANSFER EXPIRES January 28, 2026 01:28 PM)

---

Per my last email, attached for your review and confirmation are the wire instructions I received from Bobby Wyman at SCS Financial.

Joe

Joseph H. Olaynack III, Esq.
Shareholder

CORCORAN, PECKHAM, HAYES, LEYS & OLAYNACK, PC

43-B Memorial Boulevard

Newport, Rhode Island 02840

(401) 847-0872

(401) 847-5810 (fax)

jho@cphnpt.com

***NOTICE***

*The information transmitted in this message is proprietary and/or confidential and may contain attorney-client privileged material. If you are not an intended recipient, please immediately advise the sender via reply email and delete or destroy the message and all copies, and do not disclose, distribute or use the message in any manner and for any purpose. You should never transmit any personal confidential information via unsecure e-mail, such as social security numbers, bank or other financial account numbers, credit card numbers, passwords and medical records.*

If you are experiencing difficulties accessing the download please see the FAQ here: https://leapfile.uservoice.com/knowledgebase/articles/1977981

Secure file delivery by LeapFILE

---

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.