# Exhibit D

SCS FINANCIAL
FOCUS PARTNERS FAMILY OFFICE AND OCIO

888 Boylston Street, Suite 1010
Boston, MA | 02199

Wire Instructions Confirmed by Phone
Confirmed By:
Name Billy
Company SCS Financial
Phone # 817-539-6440
Employee Signature
Date 1/21/26 3:45pm

Attn to Joseph H. Olaynack III
CORCORAN, PECKHAM, HAYES, LEYS & OLAYNACK, PC
43-B Memorial Boulevard
Newport, Rhode Island 02840

**WIRE INSTRUCTIONS**

Please find below the account details for settlement of Order Number: PHI252760-1

Beneficiary Name: Earnspark Global Concerns

Beneficiary Address: 13th Street, New York, NY 10011, USA

Beneficiary Account: 9295

Routing No: 021000089

$1,368,017.39

Bank: Citibank

Bank Address: 111, Wall Street, New York, USA

Purpose: 209-987028 FFC Earnspark Global Concern

Please note: kindly ensure that the purpose is included when processing the wire

Swift: CITIUS33XXX

For verbal confirmation, you may contact me at +1 (817) 539 6440.

Best regards,

Thank you

Bobby Wyman, CFA

Vice President, Private Client Group

SCS FINANCIAL
888 Boylston Street, Suite 1010
Boston, MA | 02199

SCS FINANCIAL
FOCUS PARTNERS FAMILY OFFICE AND OCIO

888 Boylston Street, Suite 1010
Boston, MA | 02199

Wire Instructions Confirmed by Phone
Confirmed By:
Name Billy
Company SCS Financial
Phone # 817-539-6440
Employee Signature
Date 1/21/26 3:45pm

Attn to Joseph H. Olaynack III
CORCORAN, PECKHAM, HAYES, LEYS & OLAYNACK, PC
43-B Memorial Boulevard
Newport, Rhode Island 02840

**WIRE INSTRUCTIONS**

Please find below the account details for settlement of Order Number: PHI252760

Beneficiary Name: Earnspark Global Concerns

Beneficiary Address: 13th Street, New York, NY 10011, USA

Beneficiary Account: 3295

Routing No: 021000089

Bank: Citibank

Bank Address: 111, Wall Street, New York, USA

Purpose: 209-987028 FFC Earnspark Global Concern Further.

Please note: kindly ensure that the purpose is included when processing the wire

Swift: CITIUS33XXX

For verbal confirmation, you may contact me at +1 (817) 539 6440.

$2,788,871.40

Best regards,

Thank you

Bobby Wyman, CFA

Vice President, Private Client Group

SCS FINANCIAL
888 Boylston Street, Suite 1010
Boston, MA | 02199