# Exhibit E

# View Outbound Wire

## Wire Information

Wire Out OID: **20379265**

Date Entered: 1/22/2026 09:33 AM MT
Company: Pennsylvania NCS FA59
Office: PACT 281 Chicago Title Insurance Company
Wire From Account: WF9565-***59565
Contact: Hughes, Sharon
Wire Initiator: Hughes, Sharon on 1/22/2026 09:33 AM MT
Wire Confirmer: Sanchez, Celeste on 1/22/2026 11:15 AM MT
Source System: SPS.FT

Last Modified: 1/22/2026 11:23 AM MT
Property Address: 22-26 Memorial Buoulevard, Newport, RI 0 2840
Status: WIRED as of 1/22/2026 11:23 AM MT
File Number: PHI252760-1
Amount: $1,368,017.39
Wire Approver: Hoffman, Tiffany on 1/22/2026 11:02 AM MT
Rejected By:

## Wire for Proceeds

Beneficiary Bank ABA #: 021000089
Beneficiary Bank Name: CITIBANK, N.A.
Name to Credit: Earnspark Global Conerns
Account Number to Credit: ***[redacted]9295

Further Credit Bank ABA: (Offline Bank)
Further Credit Bank Name: (Offline Bank)

## Wire Account Verfication Details

Status: Beneficiary Account is not setup in WAVE System

## Additional Wire Information

**Risk: Medium**

Marked Fraudulent: No
Fed Number: S00712076I0057949R0057873O0000000
Sequence Number: 20379265

**Previously WIRED to Beneficiary Account:**

| 60 Days* | 180 Days* | 365 Days* |
|---|---|---|
| 0 | 0 | 0 |

*Totals excludes the last 30 days

Additional Information for Banks: 209-987028 FFC Earnspark Global Concern

### Internal Notes/Comments

Verified with ; Verified date/time UTC; Verified phone ; Verified in person FALSE; Repeat beneficiary FALSE; Verified by ; Verified Comments ; Additional Notes Closing Proceeds Balance due to Seller $1,368,017.39
- 1/22/2026 9:33:43 AM - Hughes, Sharon

## Audit Trail Information

| Entry Date | Application | Description | User Name |
|---|---|---|---|
| 1/22/2026 9:33:43 AM | MFS 3.x | Received wire from MFS. Source System Name: 'SPS.FT'. Source System Type: 'SPS'. | Hughes, Sharon |
| 1/22/2026 11:02:45 AM | FNF Wire Management Service Model | Hoffman, Tiffany(37586) approved wire 20379265. | Hoffman, Tiffany |
| 1/22/2026 11:15:23 AM | FNF Wire Management Service Model | Sanchez, Celeste(56502) confirmed wire 20379265. | Sanchez, Celeste |
| 1/22/2026 11:15:34 AM | MFS 3.x | Wire sent to MFS. Original Account used: WF9565 | Hughes, Sharon |
| 1/22/2026 11:15:35 AM | MFS 3.x | Wire processed by MFS | |
| 1/22/2026 11:15:41 AM | MFS 3.x | Wire acknowledged by the bank | |
| 1/22/2026 11:23:33 AM | MFS 3.x | Wire acknowledged by the Fed | |
| 1/22/2026 11:23:42 AM | MFS 3.x | Notify system: SPS.FT | Hughes, Sharon |
| 1/22/2026 11:23:58 AM | Messaging Service | MFS WMA Outbound Wire Notification Email Template sent to: Sharon.Hughes@ctt.com | |

California Policy. FNF Terms of Use. Accessibility.

# View Outbound Wire

## Wire Information

Wire Out OID: **20379877**

| | | | |
|---|---|---|---|
| Date Entered: | 1/22/2026 10:40 AM MT | Last Modified: | 1/22/2026 11:49 AM MT |
| Company: | Pennsylvania NCS FA59 | Property Address: | 22-26 Memorial Boulevard, Newport, RI 02 840 |
| Office: | PACT 281 Chicago Title Insurance Company | Status: | WIRED as of 1/22/2026 11:49 AM MT |
| Wire From Account: | WF9565-***59565 | File Number: | PHI252760 |
| Contact: | Hughes, Sharon | Amount: | $2,788,871.40 |
| Wire Initiator: | Hughes, Sharon on 1/22/2026 10:40 AM MT | Wire Approver: | Hoffman, Tiffany on 1/22/2026 10:55 AM MT |
| Wire Confirmer: | Hulon, Madison on 1/22/2026 11:42 AM MT | Rejected By: | |
| Source System: | SPS.FT | | |

## Wire for Proceeds

| | | | |
|---|---|---|---|
| Beneficiary Bank ABA #: | 021000089 | Further Credit Bank ABA: (Offline Bank) | |
| Beneficiary Bank Name: | CITIBANK, N.A. | Further Credit Bank Name: (Offline Bank) | |
| Name to Credit: | Earnspark Global Concerns | | |
| Account Number to Credit: | ***[redacted]9295 | | |

## Wire Account Verfication Details

Status: Beneficiary Account is not setup in WAVE System

## Additional Wire Information

**Risk: Medium**

Marked Fraudulent: No
Fed Number: S00720866I0059024R0000000O00000000
Sequence Number: 20379877

**Previously WIRED to Beneficiary Account:**

| 60 Days* | 180 Days* | 365 Days* |
|---|---|---|
| 0 | 0 | 0 |

*Totals excludes the last 30 days

Additional Information for Banks: 209-987028 FFC Earnspark Global Concerns

### Internal Notes/Comments

Verified with ; Verified date/time UTC; Verified phone ; Verified in person FALSE; Repeat beneficiary FALSE; Verified by ; Verified Comments ; Additional Notes Closing Proceeds Balance due to Seller $2,788,871.40
- 1/22/2026 10:40:20 AM - Hughes, Sharon

## Audit Trail Information

| Entry Date | Application | Description | User Name |
|---|---|---|---|
| 1/22/2026 10:40:20 AM | MFS 3.x | Received wire from MFS. Source System Name: 'SPS.FT'. Source System Type: 'SPS'. | Hughes, Sharon |
| 1/22/2026 10:55:48 AM | FNF Wire Management Service Model | Hoffman, Tiffany(37586) approved wire 20379877. | Hoffman, Tiffany |
| 1/22/2026 11:42:18 AM | FNF Wire Management Service Model | Hulon, Madison(55747) confirmed wire 20379877. | Hulon, Madison |
| 1/22/2026 11:42:35 AM | MFS 3.x | Wire sent to MFS. Original Account used: WF9565 | Hughes, Sharon |
| 1/22/2026 11:42:36 AM | MFS 3.x | Wire processed by MFS | |
| 1/22/2026 11:42:42 AM | MFS 3.x | Wire acknowledged by the bank | |
| 1/22/2026 11:49:03 AM | MFS 3.x | Wire acknowledged by the Fed | |
| 1/22/2026 11:49:12 AM | MFS 3.x | Notify system: SPS.FT | Hughes, Sharon |
| 1/22/2026 11:49:31 AM | Messaging Service | MFS WMA Outbound Wire Notification Email Template sent to: Sharon.Hughes@ctt.com | |

California Policy. FNF Terms of Use. Accessibility.