# Exhibit F

**From:** Joseph H. Olaynack III
**To:** Hughes, Sharon; Widmann, Ann-Marie
**Subject:** Jo's American transaction.
**Date:** Friday, January 23, 2026 9:18:14 AM

**IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.**

The sellers' wires haven't been received yet. Bobby Wyman at SCS Financial has asked that you check the status on your end. I gave him the FED numbers late yesterday. He noted that if the wires were processed without the FFC included it will not be credited. Walking into a meeting. You have Bobby's contact information on the wire instructions. Please contact him directly if necessary. Thanks.

Get Outlook for iOS