# Exhibit G

**From:** Joseph H. Olaynack III
**To:** Dave Butterfield; Hughes, Sharon
**Subject:** RE: Jo"s American
**Date:** Friday, January 23, 2026 11:32:48 AM
**Attachments:** image001.jpg

**IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.**

Good news, Dave. Thanks, Sharon.

Joe

Joseph H. Olaynack III, Esq.
Shareholder

CORCORAN, PECKHAM, HAYES, LEYS & OLAYNACK, PC
43-B Memorial Boulevard
Newport, Rhode Island 02840
(401) 847-0872
(401) 847-5810 (fax)
jho@cphnpt.com

***NOTICE***

*The information transmitted in this message is proprietary and/or confidential and may contain attorney-client privileged material. If you are not an intended recipient, please immediately advise the sender via reply email and delete or destroy the message and all copies, and do not disclose, distribute or use the message in any manner and for any purpose. You should never transmit any personal confidential information via unsecure e-mail, such as social security numbers, bank or other financial account numbers, credit card numbers, passwords and medical records.*

---

**From:** Dave Butterfield <Dave@butterfieldoutpost.com>
**Sent:** Friday, January 23, 2026 11:12 AM
**To:** Hughes, Sharon <sharon.hughes@ctt.com>
**Cc:** Joseph H. Olaynack III <jho@cphnpt.com>
**Subject:** Re: Jo's American

**CAUTION: This is an external email and the sender may not be who they claim it is. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hi Sharon,

The wires are currently pending and will credit my account soon.
Thank you!
Dave

---

**From:** Hughes, Sharon <sharon.hughes@ctt.com>
**Sent:** Friday, January 23, 2026 7:12 AM
**To:** Dave Butterfield <Dave@butterfieldoutpost.com>
**Cc:** Joseph H. Olaynack III <jho@cphnpt.com>
**Subject:** RE: Jo's American

Yes they were and I confirmed with with Billy

**SHARON HUGHES**
**Vice President/National Commercial Closer**
**CHICAGO TITLE INSURANCE COMPANY**
**FIDELITY NATIONAL TITLE INSURANCE COMPANY**
**1700 Market Street Suite 2100**
**Philadelphia, Pa 19103**
**215-875-4165 direct 215-732-9700 Fax 215-732-1203**
**Email: Sharon.hughes@ctt.com website:** www.philadelphiancs.ctic.com

---

**From:** Dave Butterfield <Dave@butterfieldoutpost.com>
**Sent:** Friday, January 23, 2026 9:53 AM
**To:** Hughes, Sharon <sharon.hughes@ctt.com>
**Cc:** Joseph H. Olaynack III <jho@cphnpt.com>
**Subject:** Jo's American
**Importance:** High

Hi Sharon,
The wires processed to my trust account have not yet been credited.
Could you please confirm whether the wires were processed using the FFC information provided?
Thank you for checking.

Dave

---

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.