# Exhibit H

**From:** Joseph H. Olaynack III
**To:** Hughes, Sharon
**Cc:** Brian Blanchard
**Subject:** Jo's American Bistro transaction
**Date:** Saturday, February 7, 2026 11:40:16 AM

**IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.**

Sharon:

I was advised by Brian Blanchard at SCS Financial this morning that the seller's proceeds were never received in Dave Butterfield's account and may have been misdirected to a fraudulent account. Apparently, Dave's email was hacked prior to closing and numerous emails and possibly telephone calls purportedly made by us and others with Dave and Bobby Wyman were fraudulent. This comes a surprise, to say the very least.

Brian wants to have his firm's cyber security team investigate the matter ASAP. I'm sure CTT will want to do the same. I'm out of state this weekend and have limited access to my email folders and files but will go through my emails and notes when I return on Monday. I know it's been about 2-weeks since we closed, which I'm pretty sure is an eternity for cyber-crimes, but please contact Brian at your earliest possible convenience. He is copied on this email, and his telephone number is 617-529-4620. I know it's Saturday, but I spoke with Brian an hour or so ago and I believe he is available today if you have the time to contact him.

Thanks, and sorry for any undue inconvenience on your weekend.

Joe

Get Outlook for iOS