UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chicago Title Insurance Company,

                    Plaintiff,

          -against-                                    26-CV-1155 (AS)

Earnspark Global Concerns,                             ORDER

                    Defendant.

ARUN SUBRAMANIAN, United States District Judge:

    Plaintiff has neither sought an extension of the temporary restraining order (which has expired) nor renewed its request for a preliminary injunction.

    Plaintiff is directed to file a letter within seven days stating whether this case should be dismissed without prejudice to refiling should funds be located or whether it seeks further relief at this time. Further, plaintiff should detail whether it has made any attempt to serve the defendant.

    SO ORDERED.

Dated: March 10, 2026
       New York, New York

                                        _____
                                        ARUN SUBRAMANIAN
                                        United States District Judge