UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chicago Title Insurance Company,

                    Plaintiff,

        -against-

Earnspark Global Concerns et al.,

                    Defendants.

26-CV-1155 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court directed plaintiff to file status reports every 30 days on the progress of the Nigerian action. Dkt. 15. Plaintiff has failed to timely file a status report.

Plaintiff is ORDERED to file a status report within seven days of this order, and every 30 days thereafter. Should plaintiff fail to file any report, the Court may dismiss the action for failure to prosecute without further notice.

SO ORDERED.

Dated: April 22, 2026
       New York, New York

_____
  ARUN SUBRAMANIAN
  United States District Judge